# — EXHIBIT A —

# Legal Notices



## SERVICEAIDE, INC Notice of Data Security Event May 5, 2025



Serviceaide,Inc. ("Serviceaide") is providing notice of an incident that may have impacted the privacy of certain individuals' information. Serviceaid provider of informationtechnology support management services to Catholic Health. Although Serviceaide has no indication of fraudulent misuse of any personal information, we are providing information about the incident, our response, and resources available to individuals to help protect their information, should they decide to do so.

## What Happened?

On November 15, 2024, Serviceaide learned that certain information within its Catholic Health Elasticsearch database was inadvertently made publicly available. In response, we promptly took steps to secure Catholic Health's Elasticsearch database and initiated an investigation into the nature and

such, a data review vendor was engaged to conduct a comprehensive and time-intensive review of the potentially impacted data to identify any personal health information contained therein and to whom that information relates. This review was recently completed.

# What Information Was Involved?

While we have no indication of identity theft or fraud in relation to this incident, the review determined the universe of potential information present in the impacted data may include name, Social Security number, date of birth, medical record number, patient account number, medical/health information, health insurance information, prescription/treatment information, clinical information, provider name, provider location, and email/username and password. The specific type of information at issue varies per individual.

# How Will Individuals Know If They Are Affected By This Incident?

Serviceaide is mailing a notice letter to individuals whose information was determined to be contained within the potentially impacted data and for whom we have a valid mailing address. If an individual does not receive letter but would like to know if they are affected, they may call our dedicated assistance line, detailed below.

Contact
Demo

# What Serviceaide Is Doing

The confidentiality, privacy, and security of personal information within Serviceaide's care is among our highest priorities. Upon learning of this incident, we secured the Catholic Health Elasticsearch database, performed an investigation, and reviewed the potentially impacted data to identify any individuals as quickly as possible. As part of our ongoing commitment to the privacy of information in our care, we have implemented additional security measures to further protect against similar incidents occurring in the future. We are also notifying appropriate government regulators, including the U.S. Department of Health and Human Services.

Serviceaide encourages you to remain vigilant against incidents of identity theft by reviewing your account statements and monitoring your free credit reports for unusual activity and to detect errors. Individuals may contact the three major credit reporting agencies for advice on how to obtain free credit reports and how to place fraud alerts and security freezes on credit files. The relevant contact information is below.

# For More Information

If you have additional questions or concerns, Serviceaide established a dedicated assistance line at 1-833-998-5584 between the hours of 8:00 a.m. to 8:00 p.m. Eastern time, Monday through Friday. This excludes all major U.S. holidays.

# Monitor Your Accounts

Under U.S. law, a consumer is entitled to one free credit report annually from each of the three major credit reporting bureaus, Equifax, Experian, and TransUnion. To order your free credit report, visit www.annualcreditreport.com or call, toll-free, 1-877-322-8228. You may also directly contact the three major credit reporting bureaus listed below to request a free copy of your credit report.



Consumers have the right to place an initial or extended “fraud alert” on credit file at no cost. An initial fraud alert is a 1-year alert that is placed o consumer’s credit file. Upon seeing a fraud alert display on a consumer’s credit file, a business is required to take steps to verify the consumer’s identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting seven years. Should you wish to place a fraud alert, please contact any one of the three major credit reporting bureaus listed below.

As an alternative to a fraud alert, consumers have the right to place a “credit freeze” on a credit report, which will prohibit a credit bureau from releasing information in the credit report without the consumer’s express authorization. The credit freeze is designed to prevent credit, loans, and services from

you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit. Pursuant to federal law, you cannot be charged to place or lift a credit freeze on your credit report. To request a security freeze, you may need to provide the following information, depending on whether the request is made online, by phone, or by mail:

1. Full name (including middle initial as well as Jr., Sr., II, III, etc.)
2. Social Security number
3. Date of birth
4. Addresses for the prior two to five years;
5. Proof of current address, such as a current utility bill or telephone bill
6. A legible photocopy of a government-issued identification card (state driver's license or ID card, etc.); and
7. A copy of either the police report, investigative report, or complaint to a law enforcement agency concerning identity theft if you are a victim of identity theft.

| Equifax | Experian |
|---|---|
| https://www.equifax.com/personal/credit-report-services/ | https://www.experian.com/he.p, |
| 1-888-298-0045 | 1-888-397-3742 |
| Equifax Fraud Alert, P.O. Box 105069 Atlanta, GA 30348-5069 | Experian Fraud Alert, P.O. Box 9554, Allen, TX 75013 |
| Equifax Credit Freeze, P.O. Box 105788 Atlanta, GA 30348-5788 | Experian Credit Freeze, P.O. Box 9554, Allen, TX 75013 |

Contact

Demo

# Additional Information

You may further educate yourself regarding identity theft, fraud alerts, credit freezes, and the steps you can take to protect your personal information by

653-4261. The Federal Trade Commission also encourages those who discover that their information has been misused to file a complaint with them. You can obtain further information on how to file such a complaint by way of the contact information listed above. You have the right to file a police report if you ever experience identity theft or fraud. Please note that in order to file a report with law enforcement for identity theft, you will likely need to provide some proof that you have been a victim. Instances of known or suspected identity theft should also be reported to law enforcement and your state Attorney General. This notice has not been delayed by law enforcement.

Your name*

Write your name

Email*

Write your email

Phone number

Write your phone number

Company*

Write your company name

Subscribe to Our Newsletter

* indicates required

Email Address *

Subscribe

Contact

Demo

Serviceaide has Offices Around the Globe

95054
+1 650 206 8988
10210 Highland
Manor Drive Suite
275 Tampa, FL
33610
+1 813 632-3600

Vamsiram Jyothi
Granules
Kondapur main
road,
Hyderabad-500084,
Telangana, India

Submit

**Latin America**

Rua Henri Dunant,
792, Cj 609 São
Paulo, SP Brasil
04709-110
+55 11 5181-4528

**Ukraine**

Sportyvna sq
1a/ Gulliver Creative
Quarter
r. 26/27 Kiev, Ukraine
01023

## Enhancing Your Performance with Our Next-Gen Management Solutions.

serviceaide®

Contact

Demo

© 2025 Serviceaide